1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff
8               UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 JAVIER CARRILLO,                )   No.  EDCV 12-0080 JCG
11                                 )
                                   )
12     Plaintiff,                  )   [PROPOSED] ORDER AWARDING
                                   )   EAJA FEES
13     v.                          )
                                   )
14                                 )
   CAROLYN W. COLVIN,              )
15 Commissioner Of Social Security,)
16                                 )
       Defendant.                  )
17 _____  )

18      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19      IT IS ORDERED that EAJA fees are awarded in the amount of FOUR
20 THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($4,500.00 subject to the
21 terms of the stipulation.
22      DATE: 4/10/13        _____
23                           HON. JAY C. GANDHI
24                           UNITED STATES MAGISTRATE JUDGE
25
26 _____
27    [1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).
28

-1-